**Exhibit A**

STATON CORRECTIONAL FACILITY
INMATE DETENTION NOTIFICATION

FROM: Sgt. Sharon Rogers                                    TEAM LEADER

TO: INMATE   George Parker            AIS#  B/140922     DOB: 6/15/1953

REF: **ADMINISTRATIVE SEGREGATION**

You are placed in Administrative Segregation for:

| Violation of Rules #57, Insubordination and #29, Assault on Person Associated with the ALDOC. |

Circumstances are as follows (be specific):

On December 1, 2005, at approximately 10:50 a.m., Officer Roosevelt Lewis (Staton Health Care Officer) ordered Inmate George Parker B/140922 to keep the noise down while in the holding cage. Inmate Parker stated to Officer Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Officer Lewis opened the holding cage and ordered Inmate Parker to give Officer Lewis Inmate Parker's I. D. Card. Officer Lewis reached with Officer Lewis' right hand to receive Inmate Parker's I. D. Card. Inmate Parker then pushed Officer Lewis hand away.

This is authorized by   Warden Levan Thomas   this  1st  day of  December, 2005
Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to 72 hours confinement, you will be released, served a PR (Progress Review), disciplinary notice or extended. Extensions must be authorized by the Assistant Warden for further investigation time when justified. The 72 hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of I & I for investigation, criminal prosecution, etc.
While in Administrative Segregation, you will be seen by the Shift Supervisor, a nurse, and officer's daily. You will be seen by a medical doctor upon request from the nurse. You **will not** be permitted television **(No exceptions)** personal newspapers, books, or magazines. You will be given a verbal and written orientation concerning policy and procedures of the Segregation Unit at the time you enter the Unit. You will be provided a healthy environment and personal hygiene items (soap, towel, comb, toothbrush and face cloth). You are not allowed to keep personal items. Clothing and bedding will be issued by the Segregation Unit. Reading materials allowed are one (1) religious book, one (1) additional book or magazine from the Institutional Library and one (1) Alcohol Anonymous and/or Narcotic Anonymous book. You may receive one (1) visit per month by person(s) on your approved visiting list. Request for visits must be sent to the Assistant Warden. You will be permitted one (1) phone call per month by request to the Assistance Warden. Canteen privileges will be authorized on a limited basis. Your signature below indicates that you have collected and secured all of your property from population, and acknowledge receipt of the detention notice

INMATE SIGNATURE  *George Parker*            AIS #  140922

DATE:  Dec. 1st, 2005         TIME:  3:13 P.m.
WITNESS: _D. Davis COI_

* Inmate's property has been collected and placed into the custody of the Segregation Unit.

**Exhibit B-1**

C O P Y

SCF-05-1230

D3-002

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. Inmate: **George Parker**     Custody: **Medium**     AIS: **B/140922**

2. Facility: **STATON CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Roosevelt Lewis** with violation of rule number **57** specifically **Insubordination** from regulation # **403** which occurred on or about **December 1, 2005** at (time) **10:50** (am). Location: **Staton Health Care Unit Holding Cage**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On December 1, 2005, at Staton Correctional Facility, Officer Roosevelt Lewis was assigned as Staton Health Care Unit Officer. At approximately 10:50 a.m., Officer Lewis ordered Inmate George Parker B/140922 to keep down the noise while inside the holding cage. Inmate Parker stated to Officer Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Inmate Parker's statements were disrespectful to Lawful Authority. Therefore, Inmate Parker is in violation of Rule-V#57, Insubordination.**

   December 1, 2005                               Officer Roosevelt Lewis, COI  _Roosevelt Lewis COI_
   _____                               _____
   Date                                          Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _1st_ day of _December_, 20_05_, at (time) _3:08_ (am/pm)

   _Dwight A. Davis COI_                         _Refused to sign / Dwight A. Davis COI_
   Serving Officer / Signature / Rank            Inmate's Signature / AIS Number

6. Witnesses desired?   (NO) _George Parker_____     YES _____
                          Inmate's Signature                Inmate's Signature

7. If yes, list: _____

8. Hearing Date _December 3, 2005_  Time _8:00 A.M._     Place _Shift Commander Office_

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.
    _____
    Signature / Hearing Officer

11. Plea: _____ Not Guilty   _George Parker_ (Guilty)

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    _____
    Signature / Hearing Officer

Annex C to AR 403 (Page 1 of 5)

B-2

13. Arresting Officer's testimony (at the hearing): On December 1, 2005, at Staton Correctional Facility, Officer Roosevelt Lewis was assigned as Staton Health Care Unit Officer. At approximately 10:50 AM, Officer Lewis ordered Inmate George Parker, B/140922, to keep down the noise while inside the holding cage. Inmate Parker stated to Officer Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Inmate Parker's statements were disrespectful to lawful authority.

14. Inmate's Testimony: Inmate George Parker, B/140922, pled guilty to the listed disciplinary charge of Rule Violation #57 / Insubordination.

Witness: None submitted       Substance of Testimony: .

Witness: None submitted       Substance of Testimony:

Witness: None submitted       Substance of Testimony:

15. The inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_____
Signature / Hearing Officer

16. The following witnesses were not called - Reason not called
    1. N/A
    2. N/A
    3. N/A

Annex C to AR 403  (Page 1 of 5)

Exhibit B-3

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that: On December 1, 2005, at approximately 10:50 AM, at Staton Correctional Facility, Inmate George Parker, B/140922, did state to Officer Roosevelt Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Inmate Parker's remarks obviously reflected disrespect to Officer Lewis' lawful authority. This type of behavior will not be condoned nor tolerated at Staton Correctional Facility. Therefore, the hearing officer finds Inmate Parker guilty of Rule Violation #57/Insubordination.

18. Basis for Finding of Fact: This finding is based on the testimony of Officer Roosevelt Lewis, the arresting officer, who stated, under oath, that Inmate George Parker, B/140922, was insubordinate by stating, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Inmate Parker's remarks were disrespectful to Officer Lewis' lawful authority. The hearing officer accepts Inmate Parker's guilty plea.

19. Hearing Officer's Decision:    __X__ Guilty    _____ Not Guilty

20. Recommendation of Hearing Officer: Loss of (90) days canteen and visitation.

_____
Signature / Hearing Officer
Gwendolyn Givens, COII
Typed Name and Title

21. Warden's Action – Date  12/6/05
    (Approved)
    Disapproved
    Other (specify)

22. Reason if more then 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the 8 day of December, 2005, at (time) 5:23 (am/pm)
    H. Richard Howell, COII          Refused to sign / H. Richard Howell
    Signature / Serving Officer / Title    Inmate's Signature and AIS Number



ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. Inmate: **George Parker**     Custody: **Medium**     AIS: **B/140922**

2. Facility: **STATON CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Roosevelt Lewis** with violation of rule number **29** specifically **Assault on a Person Associated with the ALDOC** from regulation # **403** which occurred on or about **December 1, 2005** at (time) **10:50** (am ), Location: **Staton Health Care Unit Holding Cage** . A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On December 1, 2005, , at Staton Correctional Facility, Officer Roosevelt Lewis was assigned as Staton Health Care Unit Officer. At approximately 10:50 a.m., Officer Lewis ordered Inmate George Parker B/140922 to keep down the noise while inside the holding cage. Inmate Parker stated to Officer Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Officer Lewis ordered Inmate Parker to give Officer Lewis Inmate Parker's I.D. Card. Officer Lewis reached out with Officer Lewis' right hand to receive Inmate Parker's I. D Card. Inmate Parker then pushed Officer Lewis hand away. Inmate Parker's actions places Inmate Parker in violation of Rule #29, Assault on a Person Associated with the ALDOC. Therefore, Inmate Parker is charged with Rule-V# 29, Assault on a Person Assoicated with the ALDOC.**

| | |
|---|---|
| **December 1, 2005** | Officer Roosevelt Lewis, COI  *(signed)* COI |
| Date | Arresting Officer / Signature / Rank |

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **1st** day of **December**, 200**5**, at (time) **3:04** am/(pm).

*(signed) Davis COI* / Serving Officer / Signature / Rank     *Refused to Sign / (signed) Davis COI* / Inmate's Signature / AIS Number

6. Witnesses desired?  (NO) *George Parker*                        YES _____
                              Inmate's Signature                                        Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____ Time _____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

11. Plea: _____ Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

Annex C to AR 403  (Page 1 of 5)

**Exhibit D**

STATON CORRECTIONAL FACILITY
CELL BLOCK INSPECTION SHEET

TIME: 1:45 pm      DATE: 12-1-05

INMATE: George Parker     AIS #: B/M 140922     CELL #: Holding-Tank

INSPECTING OFFICERS'S SIGNATURE: _Relford Kendrick_

WALLS: Clean

FLOORS: Clean

BED: has mattress

COMMODE: flushes

LAVATORY: works

OTHER ITEMS: none

I certify that my cell __Holding-Tank__ has been inspected by Officer __RELFORD KENDRICK__ on the __1st__ day of __December__ 2005, and the above noted defects were found. I am responsible for keeping my cell in the same condition outlined.

_George Parker_
INMATE'S SIGNATURE

I certify that I have explained the rules and regulations to the above named inmate and have completely searched the cell for any contraband and there was no contraband found on this date:

12-1-05        1:45 pm
DATE AND TIME CELL WAS SEARCHED

_Relford Kendrick_ COI
Officer's Signature

| | | | |
|---|---|---|---|
| ✓ | Blanket | ✓ | Toothbrush |
| ✓ | Sheets | ✓ | Tube of Toothpaste |
| ✓ | Pair Socks | O | Comb |
| ✓ | Pair of Shoes | ✓ | Wash Cloth |
| ✓ | Under Shorts | ✓ | Bar of Soap |
| ✓ | Under Shirt | ✓ | Towel |
| ✓ | Pillow | ✓ | Shirt |
| ✓ | Pillow Case | ✓ | Pants |
| ✓ | Mattress | O | Jacket (weather detates) |

Issuing Officer: _Relford Kendrick_

Processing Officer: _Relford Kendrick_ COI

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUL 21  A 11: 09

GEORGE PARKER#AIS ID# 140922
Full name and prison number
of plaintiff(s)

v. Sgt:Gwendolyn Givens, C.O.II  etal

Sgt; Sharon Roger etal

C.O.I Roosevelt Lewis etal

C.O.I Relford Kendrick etal

C.O.I Grauland A. Davis etal

WARDEN LEVAN THOMAS etal
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06cv649-WHA
(To be supplied by Clerk of
U.S. District Court)

PLAINTIFF DEMANDS JURY
TRIAL UNDER(FCRP) 38

Plaintiff Demands Compensatory
Damages and Punitive
Total $ 200.000 Dollars

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( X )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( X )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____NONE_____

         Defendant(s) _____NONE_____

      2. Court (if federal court, name the district; if state court, name the county) _____

         NONE

(1)

3. Docket number _____NONE_____

4. Name of judge to whom case was assigned _____
_____NONE_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____NONE_____

6. Approximate date of filing lawsuit ___NONE_____

7. Approximate date of disposition ___NONE_____

II. PLACE OF PRESENT CONFINEMENT __GEORGE PARKER ID# 140922__
D--3--2-T  STATON CORRECTIONAL P.O.BOX 56 ELMORE ALA,36025

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED STATON(HCU)
HEALTH CARE UNIT ON OFFICER Roosevelt Lewis POST

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
   NAME                              ADDRESS

1. C.O.II Gwendolyn Given P.O. BOX 56 ELMORE ALA 36025

2. C.O.II Sharon Roger   P.O. BOX 56 ELMORE ALA 36025

3. C.O.I. Roosevelt Lewis P.O. BOX 56 ELMORE ALABAMA 36025

4. C.O.I. Relford Kendrick etal

5. C.O.I. Grauland A. Davis  P.O. BOX 56 ELMORE ALA 36025

6. WARDEN LEVAN THOMAS etal P.O. BOX 56 ELMORE ALA 36025

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED DEC/1st/2005
12/1st/2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: EXCESSIVE FORCE TO DEPRIVE 1st AMENDMENT
FREEDOM OF SPEECH AND FREEDOM TO EXPRESS AND EQUAL PROTECTION
UNDER THE 1st & 14th AMEND CONST OF THESE U.S. CIVIL RIGHTS

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

(A). Sgt; Sharon Roger Written the Disciplinary instead of Officer Roosevelt Lewis stating Plaintiff was INSUBORDINATION #57

(B). OFFICER Roosevelt Lewis stated he written the Disciplinary

(C). THE PLAINTIFF WAS DEPRIVED OF HIS CIVIL RIGHTS ON GROUND(1)

MALICE UNDER GRIFFIN VS. BRECKRIDGE CASE LAW

GROUND TWO: EACH DEFENDANTS WAS INDIFFERENT AND DIRECT DIFFERENE

FACTS SEE ATTACHED EXHIBITS AND BRIEF

SUPPORTING FACTS:

SEE BREIF AND EXHIBITS

GROUND THREE: SEE BREIF AND EXHIBITS

SUPPORTING FACTS: SEE EXHIBITS ATTACHED

Plaintiff was Deprived outta his 1st & 14th AMENDMENTS RIGHTS

PLaintiff suffer wrongfully Punishment under the

8th Amendments

FREEDOM OF SPEECH AND FREEDOM TO EXPRESS AND EQUAL PROTECTION OF

LAWS IN THESE U.S.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff suffer emotional Distress Mental Stress

And loss 90th days Canteen and Visitation SEE EXHIBIT(B-3)

Plaintiff demands $ 200.000 Dollars IN Punitive & Compensatory

Damages for his suffering illegally

*George Parker*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-14-06
(Date)

*George Parker*
Signature of plaintiff(s)

4

IN THE UNITED STATES MIDDLE DISTRICT COURT
DISTRICT OF ALABAMA

GEORGE PARKER# 140922
    Plaintiff                    *

Vs.                                       CIVIL ACTION NO.
LEVAN THOMAS etal,        *
                                         2:06cv649-WHA

CONSPIRACY etal
    Defendants                *

                                    *

PLAINTIFF SPECIAL REPORT(BREIF) ACCORDINGLY TO (FCRP) 56(e)

PARTIES TO THIS CIVIL ACTION

Plaintiff
Address
            George Parker AIS# 140922
            D-3-2-B / SCC
            P.O. BOX 56
            Elmore Alabama 36025

Defendants
Address
            Warden Levan Thomas
            Sgt; Gwendolyn Givens
            Sgt; Sharon Roger
            C.O.I Roosevelt Lewis

            **C.O.I** Relford Kendrick
            C.O.I Grauland A. Davis
            P.O. BOX 56
            ELMORE ALABAMA 36025

INMATE PARALEGAL ASSITING PLAINTIFF

MARCUS ORLANDO TATE # 180664
D3-2T STATON CORRECTIONAL CENTER
Elmore Alabama 36025
334-567-2221
THE PLAINTIFF CONSENTED SEE SIGNATURES BELOW

_____
MARCUS TATE          180664

_____
GEORGE PARKER# 140922

(1).

SEE EXHIBIT(B1)Attached

**GROUND   ONE**

(A). ON  December 1st, 2005/Exhibit -B1" stated Inmate George Parker Ais# 140922 at Staton Correctional was Denied
**FREEDOM OF SPEACH**
**Freedom to Express**
**Equal protection of laws**
**DEPRIVE UNDER EXCESSIVE FORCE**

**STATEMENT OF INMATE**

(B). Inmate George Parker had an appointment Dec/1st/2005
(C). Inmate George Parker attend the appointment at(SHUC)
(D). Inmate George Parker was there about 7 hours and began to become tired of waiting in the (HOLDING CELL)
(E). OTHER Inmates from Drap Correctional was coming and the Health Care Unit was letting the other inmates go Before Inmate George parker
(F). Inmate George Parker was there Before any Inmate 1st Thing that Morning about 4;00am Dec/1st/2005

(G). At  4;00 am Dec/1st/2005 inmate was the only inmate there at the (HCU) before any inmate came from Drape Corr,

INCIDENT FACTS AND LOCATIONS

(H). INMATE GEORGE PARKER WAS WRITTEN AND PUNISH FOR RULE VIOLATION# 57 on Exhibit # B1 attached

STATEMENTS OF INMATE GEORGE PARKER

(I) Inmate Parker Got tired of waiting
(J). Inmate Parker stood in a loud voice to inmate(**SELF)** and expressed his (FEELING) and (Emotional)
(K).  And stated (**FUCK THIS SHIT**). **I'm Tired of waiting to be seen**
**(L). You can** write it up

(M). I don't give a fuck

**PRISON OFFICIALS OF ALABAMA HAS
COMMITED ACTS OF VIOLATING INMATE
U.S. CONSTITUTIONAL AMENDMENTS CIVIL
RIGHTS**

(N). THE  Defendants violated the plaintiff civil rights following 1st, 9th, 14th amend const

(O). Each  Defendants conspired in a (Conspiracy) to deprived plaintiff of his civil rights Under Griffin Vs. Breckridge 403 U.S. 338

(2).

## WRONGFULLY PUNISHMENTS

(P). The plaintiff was inflicted with wrongfully punishment on the 12/1/05 by each defendants etal writing him up on bad (FAITH) DISCIPLINARY REPORTS

(Q). ON EXHIBIT(D). OFFICER **Grauland Davis** PUT INMATE IN STATON CORRECTIONAL CELL BLOCK ILLEGALLY IN JAIL PUNISHMENT

(R). ON EXHIBIT A" WARDEN LEVAN THOMAS DEPRIVED INMATE PARKER UNDER A 72 HOUR investigation to access any legal law (BOOK) to prepare for this DISCIPLINARY REPORT
NO LEGAL BOOK WAS GIVING
AT THAT TIME 12/1/05 Inmate Parker was his own Pro-se ATTORNEY

(S). GEORGE PARKER WAS INFLICTED WITH CRUEL UNUALL PUNISHMENT BY ALL DEFENDANTS .

### FROM THE BIGINNING OF INCIDENT

T. MR. PARKER WAS WRITTEN A DISCILINARY WRONGFULLY FOR EXPRESSING HIMSELF TO HIM(SELF) OUT LOUDLY SEE EXHIBITS (B -C)

**(U). Sgt. Gwendolyn Givens Served this Disciplinary on MR. PARKER ILLEGALLY SEE EXHIBITS(B-1 B-2-B-3) ATTACHED**

**(V). Sgt. SHARON ROGERS ON EXHIBIT(A) CONSPIRED** WITH WARDEN TO LOCK MR.PARKER IN ADMINISTRATIVE SEGREGATION AND DEPRIVED HIM OUTTA LEGAL LAW BOOK TO HELP HIM SELF PREPARE FOR HIS DEFENCE IN THIS ILLEGALLY DISCIPLINARY REPORTS DEC/1st/2005

(W). COI ROOSEVELT LEWIS (TRIGGERED) THE(INTITLER) INCIDENT OFF ILLEGALLY DEC/1/2006 at (SHCU) Elmore ALABAMA

(Y). EXHIBIT(D) STATED COI RELFORD KENDRICK DID INSPECTION ON MR.PARKER BEFORE HE PLACED INMATE IN HOLDING TANK 72 HOURS without proper cause VIOLATING THE INMATE 4th U.S. CONSTITUTIONAL CIVIL RIGHTS AMENDMENTS

(Z). GRAULAND A DAVIS CONSPIRED ALSO ON EXHIBIT(A) TO PLACE INMATE PARKER IN THE HOLDING TANK CELL SEGREGATION VIOLATING INMATE CIVIL RIGHTS 4th Const

(Z-1-) THE WARDEN LEVAN THOMAS SHOULD HAVE INVESTGATED THIS INCIDENT MORE BEFORE ALL INMATE CONSTITUTIONAL WAS VIOLATED ILLEGALLY

(Z-2-) WARDEN THOMAS SHOULD HAVE HAD WELL TRAINED OFFICALS TAKING CARING OF THIS MATTER THIS WOULD HAVE STOP ALL CONSTITUTIONAL VIOLATIONS

## ARGUMENT OF THE PLAINTIFF

Each Defendants etal Acted under 42 USC. 1985(3) Citing 18USC 241 & 242 Colors of state and federal laws

Defendants etal should have knowned;

Defendants was indifference and direct difference and violated the plaintiff civil rights in a conspiracy(**CHAIN OF CUSTODY**)

PURSUANT CASE LAWS IN SUPPORT OF ARGUMENT:

<u>Griffin vs. Breckridge</u> 403 U.S. 88,29 L Ed 338,91 S Ct 1790

## RELIEF SOUGHT OF PLAINTIFF

THE UNITED STATES CIVIL RIGHTS(**GUARANTEE**)**ANY CITIZEN** OF THESE U.S. A CONSTITUTIONAL RIGHTS TO BE FREE FROM DEPRIVATION OF EQUAL PROTECTION OF LAWS

## COMPENSATORY & PUNITIVE DEMANDED

GRIFFIN vs, BRECKRIDGE STATE ONCE PLAINTIFF CIVIL RIGHTS WAS DEPRIVED UNDER 18 USC 241 & 242 and 42 USC 1985(3)
THE PLAINTIFF HAS THE RIGHTS TO RECOVE DAMAGES RELIEF

(A). COMPENSATORY DAMAGES TOTAL DEMANDED $ 100.000 DOLLARS
(B). PUNTIVE DAMAGE DEMANDED TOTAL DEMANDED $ 100.000 DOLLARS

## CONSTITUTIONAL VIOLATIONS

THE PLAINTIFF WAS DEPRIVED OF HIS CIVIL RIGHTS CONSTITUTIONAL AMENDMENTS FOLLOWING BY DEFENDANTS etal IN A (**CHAIN OF CUSTODY**) 1st,4th,5th,6th,8th,9th,14th amend const,

**EACH DEFENDANTS SHOULD HAVE BEEN TRAINED BY THE STATE OF ALABAMA PROPERLY BEFORE HIRED!!!!!!!!!!!!!!!!**

**EACH DEFENDANTS etal can and will be  LIBABLE FOR THESE RECKLY AN MALICE ACTS AGAINST PLAINTIFF**

(4)

## CERTIFICATION OF SERVICE

I PLAINTIFF SWEARS AN AFFIRM I HAVE SERVED THIS ACTION UPON THE MIDDLE DISTRICT CLERK OF COURT P.O. 711 Montgomery ALABAMA 36101

DONE THIS DAY OF 14th MONTH OF JULY 2006

CC- DEFENDANTS
WARDEN THOMAS etal
P.O. BOX 56
Elmore Alabama 36025


## PLAINTIFF AFFIDAVIT BREIF

SWORN TO AND SUBSCRIBED BEFORE AN NOTARY OF ALABAMA THIS DAY 14th MONTH JULY 2006

*George Parker*

GEORGE PARKER# 140922
334-567-2221
P.O. BOX 56
Elmore Alabama 36025

NOTARY NAME: James H. Lindsey Jr.
NOTARY TEL: 334-567-2221

NOTARY COMMISSION EXPIRES: 1/28/08 Elmore, Al.

(5)