**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

auland A. Davis
aton Correctional Facility
O. Box 56
more, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 7/27/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 0164

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse

Gwendolyn Givens, Sgt., CO II
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 7/27/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 0119

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540