**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.

Roosevelt Lewis, COI
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Angela Thornell  ☐ Agent  ☐ Addressee

Received by (Printed Name): Angela Thornell    C. Date of Delivery: 7/27/06

Address different from item 1? ☐ Yes
Enter delivery address below: ☐ No

06cv649

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7005 1820 0002 3461 0140

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse

aron Roger, Sgt,
aton Correctional Facility
O. Box 56
nore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Angela Thornell  ☐ Agent  ☐ Addressee

Received by (Printed Name): Angela Thornell    C. Date of Delivery: 7/27/06

Delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

06cv649

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7005 1820 0002 3461 0126

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540