**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Angela Thornell_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Angela Thornell

C. Date of Delivery
7/27/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv649

1. Article Addressed to:

  ...d Kendrick, COI
  ... Correctional Facility
  ... Box 56
  ...e, AL 36025

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 0157

Domestic Return Receipt    102595-02-M-1540