IN THE DISTRICT COURT OF TEH UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER,#140922, )
    Plaintiff

v. ) NO. 06-CV-649-WHA

GWENDOLYN GIVENS,etal
    Defendants )

## MOTION TO LEAVE OF THE COURT AMEND JURY TRIAL UNDER(FCRP 38)

### STATUTES PROCEDURES ACCORDINGLY TO PLAINTIFF DEMANDED

### ISSUES

(A). The plaintiff demand a jury trail on all issues in complaint 42.USC 1983 and Brief Accordingly to (FCRP 38 Statutes.

### SUBPOENA

(B). The plaintiff request that the court will enforces defendant etal and attorney to forward all copies of ADMINISTRATIVE RULES , REGULATIONS OR GUIDELINE AND MEDICAL RECORDS

### CERTIFICATION OF SERVICE

I GEORGE PARKER SWEAR I HAVE SERVED THE DEFENDANTS AT(A.D.O.C) ELMORE ALABAMA STATON CORRECTIONAL CENTER AND HAVE SERVED THE SAME UPON THE UNITED STATES MIDDLE DISTRICT COURT AT MONTGOMERY ALABAMA DAY OF ___28___ MONTH OF JULY  2006

*George Parker #140922*
GEORGE PARKER # 140922
334-567-2221
D3-2T/STATON CORRECTIONAL CENTER
P.O. BOX 56
ELMORE ALABAMA 36025

RECEIVED
2006 AUG -1  A 10: 05
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA