IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, #140922,           )
                                  )
        Plaintiff,                )
                                  )
    v.                            )        CIVIL ACTION NO. 2:06-CV-649-WHA
                                  )
GWENDOLYN GIVENS, et al.,         )
                                  )
        Defendants.               )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on August 1, 2006 (Court Doc. No. 9),

which the court construes to contain a motion for production of documents, and as the defendants

have not yet filed their written report, it is

ORDERED that the motion for production of documents be and is hereby DENIED.

Done this 2nd day of August, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE