IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave of court filed by the plaintiff on August 1, 2006 (Court Doc. No. 9), in which the plaintiff seeks to amend his complaint to contain a demand for jury trial, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 2nd day of August, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE