## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK											TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Parker v. Givens et al

Case Number:  2:06-cv-00649-WHA

Referenced Docket Entry - ***Notice of Correction - doc. 14

The referenced docket entry was filed in ERROR on ***September 21, 2006*** by the Clerk's Office and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed in case no. 06cv838.  Please disregard this docket entry.