IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

GEORGE PARKER  *
   140922
   Plaintiff
                              06-CV-649-WHA
v.  *
GWENDOLYN GIVENS, etal
   Defendants

                       *

RECEIVED 2006 OCT -3 A 9:43

MOTION TO LEAVE AND AMEND **OBJECTION** AND A (de novo)
Trial for the Plaintiff and as Grounds stated Below

(A). THE PLAINTIFF IS INDIGENT AND PROCEEDED IN THIS
42 U.S.C. COMPLAINT UNDER MOTION TO PROCEED WITHOUT
PAYMENT

JUDGE COURT ORDERED

(B). THE PLAINTIFF STATED THE FEDERAL JUDGE RECOMMENDED
AN COURT ORDER TO FILE A SPECIAL REPORT AMSWER TO
REBUTTER TO DEFENDANTS SPECIAL REPORT.

PLAINTIFF COMPLYED

(C). THE PLAINTIFF REPLY TO THE COURT ORDER SEPT/12/2006
AND THE CLERK FORWARD THE COMPLAINT 42 USC 1983
SPECIAL REPORT ANSWER BACK TO PLAINTIFF

de novo trial Same issues and Grounds

(D). PLAINTIFF MET ALL ORDERS OF THE JUDGE BEFORE
SEPT 20/2006 IN HIS SPECIAL REPORT ANSWER
(2). AND SEEKS A de novo trial on the same issues
and grounds.

DEFENDANTS SUMMARY JUDGMENT

(E). THE PLAINTIFF STATED NEIGHT DEFENDANTS STATED NO
FACTS FOR SUMMARY JUDGMENT

AND THE PLAINTIFF OBJECTS TO ALL ISSUES OF DEFENDANT
S.

MET DEADLINES OF COURT
ORDERS

(F). Plaintiff FILED THE SPECIAL REPORT ON 9/12/2006

(G). THE COURT FORWARD IT BACK 9/15/2006

(H). THE COURT AGAIN SENT THE PLAINTIFF SPECIAL REPORT
ANSWER BACK ON 9/18/2006

(I). THE PLAINTIFF CORRECT THE SPECIAL REPORT AND FORWARD
IT BACK 9/18/2006 BEFORE 9/20/2006 DEADLINE ORDER

(J). THE COURT FORWARD IT BACK 9/20/2006 ON DEADLINE DATE.

<u>SEE COURT FILES FOR PROOF  ]</u>

### RELIEF

(K). THE PLAINTIFF SEEK RELIEF IN THIS CIVIL CASE
     ON THE SAME ISSUES AND GROUNDS AS GIVING
     BY THE UNITED STATES CONSTITUTIONAL


### CERTIFICATION OF SERVICE

I PLAINTIFF SWEAR  I HAVE SERVED THE CLERK OF COURT
AT THE UNITED STATES MIDDLE DISTRICT COURT AND THE
DEFENDANT ATTORNEY  TARA KNEE
BY VIA MAIL AND PREPAID U.S. POSTAL MAILING STAMPS
DONE THID DAY _30th_ MONTH SEPT  2006

*George Parker #140922*
-------------------------------------
GEORGE PARKER 140922
TEL#  334-567-2221
P.O. BOX 56
ELMORE ALABAMA 36025

## CERTIFICATION OF SERVICE

I George Parker 140922 swear and affirm i have served the ATTORNEY for the Defendants / Tara Knee at Location ALABAMA DEPARTMENT OF CORRECTIONAL/ LEGAL DIVISION 301 S.Ripley Street / P.O. BOX 301501    Montgomery Alabama 36130 And i have placed the same pleading upon the UNITED STATES MIDDLE DISTRICT CLERK OF COURT BY U.S. VIA MAIL PRE-PAID U.S. POSTAL MAILING STAMPS DONE THIS DAY __30th__ MONTH _SEPT_ 2006


### CC-COPIES

ATTORNEY FOR DEFENDANTS

TARAS. KNEE (KNE003)
ALABAMA DEPARTMENT OF CORRECTIONAL
LEGAL DIVISION
301 S. RIPLEY STREET
P.O. BOX 301501
MONTGOMERY ALABAMA 36130


CLERK OF COURT

UNITED STATES MIDDLE DISTRICT COURT

P.O. BOX 711
MONTGOMERY ALABAMA 36101-0711

_George Parker 140922_
GEORGE PARKER # 140922
TEL# 334-567-2221
STATON CORRECTIONAL CENTER
P.O. BOX 56
ELMORE ALABAMA 36025