IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In the document filed with this court on October 3, 2006 (Court Doc. No. 17), the plaintiff seeks a de novo trial of his claims for relief. The court construes this request as a motion for immediate disposition via de novo review. Upon consideration of the motion for immediate disposition, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 4th day of October, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE