IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the objection filed by the plaintiff, and for good cause, it is

ORDERED that the Recommendation entered on September 27, 2006 (Court Doc .No. 16) be and is hereby WITHDRAWN.

Done this 4th day of October, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE