IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 3, 2006 (Court Doc. No. 17), which the court construes as a motion for leave to submit an objection and request for de novo trial, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 4th day of October, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE