IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

GEORGE PARKER
  AIS# 140922
     Plaintiff

vs.

GWENDOLYN GIVENS, etal
    Defendants

CIVIL ACTION NO.

CV-06-649-WHA

RECEIVED
2006 OCT 18 A 9: 55

MOTION TO LEAVE OF THE COURT AND AMEND(LEGAL NOTICES)

(A). THE PLAINTIFF REQUEST TO FORWARD THE SPECIAL REPORT TO THE COURT AS IT IS AND COURT FORWARD COPIES TO DEFENDANTS ATTORNEY.

COPIES REQUEST TO BE RAN OFF

(B). THE PLAINTIFF IS IN CUSTODY OF ADOC, STATON, ELMORE ALABAMA UNDER THESE WARDEN,S CUSTODY  LEON FORNISS, LEVAN THOMAS,

  (b). THE PLAINTIFF IS INDIGENT
  (c). THE PLAINTIFF DOSE NOT HAVE ANY FUNDS TO PAY FOR COPIES OF SPECIAL REPORT ANSWER TO BE COPY AND RAN OFF
  (d). THE ADOC ADMINSTRATION REFUSE TO RUN ANY COPIES OFF FOR THE PLAINTIFF TO SERVE THE DEFENDANTS ATTORNEY **TARRA KNEES**

RELIEF

WHEREFORE THE PLAINTIFF PRAYS FOR RELIEF THATS DEEM UNDER THE FEDERAL MAGISTRATE JUDGE Vanzetta Penn McPherson Custody

CERTIFICATION OF SERVICE

I Plaintiff swear and affirm i have served the UNITED STATES MIDDLE DISTRICT COURT IN THE STATE OF ALABAMA CITY OF MONTGOMERY THIS MOTION AND I HAVE SERVED THE DEFENDANTS ATTORNEY TARRA KNEES THE SAME AT ALABAMA DEPARTMENT OF CORRECTIONS, P.O. BOX 301501 MONTGOMERY ALABAMA 36130 BY Via Mail and U.S. Prepaid postal Mailing Stamps Hands deliver by the post Master General Done this day 17th Month Oct 2006

*George Parker #140922*
GEORGE PARKER# 140922
TEL# 334-567-2221
STATON CORRECTIONAL CENTER
P.O. BOX 56
ELMORE ALABAMA 36025

THE MAGISTRATE JUDGE (ORDERED) SPECIAL REPORT ANSWER TO BE SUBMITTED BY OCT /19/2006 HERES THE ANSWER AND SPECIAL REPORT ATTACHED THANKS!

(1)