

IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

GEORGE PARKER
AIS# 140922
    Plaintiff

vs.

Gwendolyn Givens etal.,
    Defendants

CV-649-WHA

**ANSWER**

THE SPECIAL REPORT OF THE PLAINTIFF ACCORDINGLY TO FCRP56(e)

---

<u>**PARTIES** TO THIS CIVIL SUIT</u>

<u>Defendents;</u>

(A). GWENDOLYN GIVENS, COII
    STATON CORRECTIONAL FACILITY
    P.O. BOX 56
    ELMORE ALABAMA 36025

(B).SHARON ROGERS,COII
    STATON CORRECTIONAL FACILITY
    P.O. BOX 56
    ELMORE ALABAMA 36025

(C).ROOSEVELT LEWIS ,COI
    STATON CORRECTIONAL FACILITY
    P.O. BOX 56
    ELMORE ALABAMA 36025

(D). RELFORD KENDRICK,COI
    STATON CORRECTIONAL FACILITY
    P.O. BOX 56
    ELMORE ALABAMA 36025

(E). GRAYLING DAVIS,COI
    STATON CORRECTIONAL FACILITY
    P.O. BOX 56
    ELMORE ALABAMA 36025

(F).LEVAN THOMAS,WARDEN II
    STATON CORR, FACILITY
    P.O. BOX 56
    ELMORE ALABAMA 36025

(G). <u>PLAINTIFF</u>
    GEORGE PARKER#140922
    P.O. BOX 56
    ELMORE ALABAMA 36025

<u>PREPARED BY:</u>
(H). MARCUS TATE 180664
    D-3-2-T /SCC
    P.O. BOX 56
    ELMORE ALABAMA 36025

*Marcus O. Tate*
MARCUS TATE

<u>CONSENTED BY:</u>
*George Parker*
GEORGE PARKER140922

(1)

<u>PLAINTIFF DEFENSES</u>

THE PLAINTIFF ASSERT THE FOLLOWING DEFENSES TO HIS CLAIMS

<u>CASE LAWS</u>

<u>ANDERSON  v LIBERTY LOBBY,INC</u> 477 U.S. 317,91 L Ed 2d 265

<u>CELOTEX CORP. v CATRETT</u> 477 U.S. 317,91 L Ed 2d 265

<u>STAUB v BAXLEY</u> 2 L ed 2d 320**(RIGHT OF FREE SPEECH)**

<u>GRIFFIN v. BRECKRIDGE</u> 403 U.S. 88,29 L Ed 2d 338

<u>TROP v. DULLES</u> 356 U.S. 86 2 L Ed 2d 630

<u>-Plintiff Defenses Exhibits</u>

(A). EXHIBIT AFFIDAVIT OF PLAINTIFF EXHIBIT#(999 )   ATTACHED

(B). PLAINTIFF EXHIBIT#(A)  AR 403 pg# 6 of 23
(C). Plaintiff EXHIBIT#(B). PRISON HEALTH SERVICES,INC
                 SICK CALL REQUEST COMPLAINT
(D). Plaintiff EXHIBIT#(C) PRISON HEALTH SERVICES,INC
                 SICK CALL REQUEST COMPLAINT
(E).PLAINTIFF EXHIBIT#(D). PRISON HEALTH SERVICES ,INC
                 SICK CALL REQUEST COMPLAINT
(F). PLAINTIFF EXHIBIT#(E) ALABAMA DEPARTMENT OF CORRECTIONAL
                 INMATE SUMMARY AS OF 08/23/2006
(G). PLAINTIFF EXHIBIT#(F)  INMATE SUMMARY AS OF 08/23/2006

(H). EXHIBIT (B-1) of PLAINTIFF ALABAMA DEPARTMENT OF CORRECTIONA
     L  DISCIPLINARY REPORT  (ALDOC FORM 225B)
              <u>DEFENDANTS AFFIDAVITS MADE IN BAD FAITH
                   ATTACHED</u>

(I). SEE EACH DEFENDANTS AFFIDAVITS MADE IN BAD FAITH FCRP56(g)
     ATTACHED(A-B-C-D-E-F-G-H

## DEFENDANTS AFFIDAVITS MADE IN BAD FAITH

ARGURMENT OF PLAINTIFF

(1) DEFENDANTS MAKES NO(**GENUINE ISSUES) OF** FACTS ACCORDINGLY
     TO ANSDERSON v LIBERTY LOBBY,INC 447 U.S.

### MADE IN BAD FAITH

(2) EACH DEFENDANTS AFFIDAVITS WAS MADE IN BAD FAITH UNDER
     AN ALABAMA STATE NOTARY PUBLIC OFFICIAL SEAL SEE FACTS
   _ DEFENDANTS AFFIDAVITS(A - H) UNDER FCRP 56(g)

ARGURMENT OF PLAINTIFF# 2

(3). PLAINTIFF SUFFER(a)EMOTIONAL DISTRESS,(b). PHYSICAL Distress
    (c),AND MENTAL DISTRESS SEE EXHIBITS (PLAINTIFF EXHIBITS A-B)
       ATTACHED    PRISON HEALTH SERVICE COMPLAINT

             EXCESSIVE FORCE TO DEPRIVE
             PLAINTIFF  FREEDOM SPEECH
             TO HIMSELF AND NOT (ADOC)

ARGURMENT #3

CASE LAW STAUB v BAXLEY 2 L ed 2d 320 RIGHT OF FREE SPEECH
GAVE THE PLAINTIFF THE RIGHTS UNDER THE UNITED STATES CIVIL
RIGHTS CONSTITUTIONAL AMENDMENT(DEC 1st/2005  to speack freely
and to express himself to himself verberally SEE EXHIBIT (B-1)

### CRUEL AND UNUSUAL PUNISHMENT

ARGURMENT # 4

(5). THE PLAINTIFF HAVE A CONSTITUTIONAL RIGHT TO BE FREE FROM
     CRUEL AND UNUSUAL PUNISHMENT UNDER CASE LAW
     TROP v DULLES 356 U.S. 86 2 L Ed 2d 630

(a) EACH DEFENDANTS ACTED UNDER THE COLORS OF STATE AND FEDERAL
    LAWS CITING PURSUANT 42 USC 1985 (3) TO DEPRIVE THE PLAINTIFF
    OF HIS CIVIL RIGHTS  1st,14th AMENDMENTS

(b) FREEDOM OF SPEECH TO HIMSELF  FACTS SEE AFFIDAVIT EXHIBIT#999
    ACCORDINGLY TO FCRP 56(e)

### JUDGEMENT OF A MATTER OF LAW

ARGURMENT # 5

THE PLAINTIFF SHOWS EACH DEFENDNTS SHOWS NO GENUINE ISSUES FOR
RELIEF UNDER CELOTEX CORP v CATRETT 477 U.S. 317,91 L Ed 2d 265
SEE DEFENDANTS AFFIDAVITS MADE IN BAD FAITH FCRP 56(g)

CHAIN OF CUSTODY COMMAND

ARGURMENT # 6

(6). EACH DEFENDANTS ACTED UNDER THE (CHAIN OF COMMAND) IN
     A CONSPIRACY UNDER CASE LAW GRIFFIN v BRECKRIDGE
     403 U.S. 88,29.L  Ed 2d 338  DEC/1st/2005 to deprive the
     plaintiff of his U.S. CONSTITUTIONAL 14th and 1st AMENDMENT

     UNDER EXCESSIVE FORCE TO WIT FOLLOWING

(a). FREEDOM OF SPEECH   SEE EXHIBIT# 999 ATTACHED and (EXHIBIT/B- 1)

(b). EQUAL PROTECTION OF LAWS

(c) DUE PROCESS OF LAWS

FACE OF ADOC AGENCY

(7). THE PLAINTIFF NEVER STATED IN THE (FACE) OF ADOC HIS
     EXPRESSION TO HIMSELF(FUCK THIS SHIT  I,AM TIRED OF WAITING
     YOU CAN  WRITE IT UP SEE EXHIBIT (B-1) ATTACHED

FACE OF ADOC OFFICER ROOSEVELT LEWIS

(8). THE PLAINTIFF NEVER STATED TO OFFICER ROOSEVELT LEWIS
     DEC/1st/2005 IN HIS(FACE)  FUCK THIS SHIT I,AM TIRED OF
     WAITING YOU CAN WRITE IT UP I DON"T GIVE FUCK

     FACTS SEE EXHIBIT(B-1) AND EXHIBIT# 999 ATTACHED

SWORNED AFFADIVIT OF THE PLAINTIFF
EXHIBIT# 999 ATTACHED

ARGURMENT # 7

(9). THE PLAINTIFF ARGURE  IN EXHIBIT# 999 ATTACHED AND THIS
     SPECIAL REPORT ANSWER HE WAS EXPRESSING HIMSELF TO HIMSELF
     DEC/1st/2005 at staton corr Health Care Unit
     See Fact under FCRP 56(e)
     CITING CASE LAW ANDERSON v LIBERTY LOBBY,Inc 477 U.S.317
     91 L Ed 2d 265

ARGURMENT# 8

(10). THE PLAINTIFF ARGURE THAT THE FRIST AMENDMENT GIVES
      HIM A RIGHT TO FREEDOM OF SPEECH SEE CASE LAW IN
      SUPPORT STAUB v BAXLEY 2 L eD 2d 320 RIGHT TO FREE SPEECH

(4)

## EQUAL PROTECTION OF LAW

ARGURMENT# 9

(11). THE PLAINTIFF ARGURE THAT HE HAS A RIGHT UNDER THE 14th
FROM EXCESSIVE FORCE DEC/1st/2005

(a) PURSUANT SEE EQUAL PROTECTION OF LAWS

(b). SEE  FREEDOM OF SPEECH

## CRUEL AND UNUSUAL PUNISHMENT

ARGURMENT# 10

(12). THE PLAINTIFF ARGURE THAT HE HAS A RIGHT FROM **CRUEL AND
UNUSUAL PUNISHMENT UNDER** TROP v DULLES CASE LAW

(a). PURSUANT:

> The Eighth Amendment,prohibiting cruel and unusual
> punishment,draws its meaning from the evolving
> standards of decency that mark the progress of a
> maturing society at ADOC DEC/1st/2005

## HISAY TESTIMONY AFFIDAVITS OF DEFENDANTS

ARGURMENT# 11

(13). EACH DEFENDANTS GAVE HISAY TESTIMONY AFFIDAVITS IN THERE
**SPECIAL REPORT ANSWER UNDER FCRP 56(g) LYING IN A CHAIN
OF COMMAND UNDER PERJURY AND OATH OF LAW**
SEE FACTS EXHIBITS ATTACHED (A-H) DEFENDANTS AFFIDAVITS

## JUDGEMENT OF MATTER OF LAW

(14). THE  Plaintiff move this court for judgement of a matter
law against defendants in the conspiracy
CITING GENUINE ISSUES OF FACTS IN ALL ARGURMENTS 1-11
UNDER FCRP 56(e) AND  CELOTEX CORP v CATRETT 477 U.S.

(a). THE PLAINTIFF MOVE FOR SUMMARY UNDER FCRP 56(c) AGAINST
EACH DEFENDANTS MAKING THERE AFFIDAVITS IN BAD FAITH
FCRP 56(g)

## RELIEF COMPENSATION

(15). THE PLAINTIFF MOVE THIS COURT AND DEMANDS DAMAGES RELIEF
UNDER CASE LAW GRIFFIN v BRECKRIDGE 403 U.S. 88 .29
TO WIT DAMAGES
(a) COMPENSATORY DAMAGES  TOTAL $ 100.000 DOLLARS

(b). PUNITIVE DAMAGES TOTAL $ 100.000 DOLLARS

## PHYSICAL DAMAGES TO PLAINTIFF

FOR RELIEF COMPENSATION

(16) THIS FALSELY DISCIPINARY AR 403  ADOC SANCTION CAN
     STOP THE PLAINTIFF FROM  PAROLE JAN/2012 see exhibit
     E /  of the plaintiff attached and EXhibit /A/ ATTACHED

     AND EXHIBIT /B-1/

### VISITION RIGHTS  WAS RESTRICTED

(17) THE PLAINTIFF LOST VISITION RIGHTS ON EXHIBIT(B-3)


(18). THE PLAINTIFF LOST CANTEEN RIGHTS ON EXHIBIT(B-3)

### EMOTIONAL DISTRESS,PHYSICAL DISTRESS, MENTAL DISTRESS

(19). THE PLAINTIFF SUFFER EMTIONAL DISTRESS, MENTAL DISTRESS,
      AND PHYSICAL DISTRESS BEHIND THIS ILLEGALLY INCIDENT
      OF DEC/1st/2005
      SEE SICK CALLS  COMPLAINTS ATTACHED


CORRECTION OF DATE


*George Parker*
GEORGE PARKER# 140922
TEL# 334-567-2221
P.O. BOX 56
ELMORE ALABAMA 36025

ALABAMA NOTARY PUBLIC

*George Parker*
GEORGE PARKER# 140922

SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY OF 12th SEPT 2006

NOTARY *Tyrone Jenkins*

COMMISSION EXPIRES: 03-06-09

### CERTIFICATION OF SERVICE

I George Parker AIS#140922  swear to an affirm i have served
this motiom upon the  UNITED STATES MIDDLE DISTRICT COURT
Montgomery Alabama and have placed the Same Special Report
to the Middle District Court for Defendant Attorney Tarra Knees
Address is ALABAMA DEPARTMENT OF CORRECTIONS P.O. BOX 301501
Montgomery Alabama 36130 by Via mail prepaid postal Mailing
Stamps Hand Deliver by the U.S. POSTAL MASTER GENERAL THIS DAY
OF _17th_  MONTH _OCT_  2006

_George Parker_
GEORGE PARKER # 140922
D-3-2-B STATON CORRECTIONAL CENTER
TEL# 334-567-2221
P.O. BOX 56
ELMORE ALABAMA 36025


ALABAMA  STATE NOTARY PUBLIC


 COUNTY OF ELMORE ALABAMA


### AFFIDAVIT SPECIAL REPORT ANSWER

I GEORGE PARKER# 140922  SWEAR I HAVE SUBMITTED THE CORRECTFACTS
UNDER FCRP 56(e) BEFORE THIS FEDERAL MAGISTRATE JUDGE
DONE THIS DAY  _17_ MONTH OCT 2006

_George Parker_
GEORGE PARKER

Sworn to and subscribed before me this day _17_ month Oct 2006

Notary Name; _Hearso_

Commission Expires : _1-22-08_

(7)

IN THE UNITED STATES MIDDLE DISTRICT COURT

STATE        OF        ALABAMA

GEORGE  PARKER                    *

    AIS# 140922

       Plaintiff          *          CV-649-WHA

vs.                               *

GWENDOLYN GIVENS etal.,           *

     Defendants       *

**EXHIBIT#(999)**

**SPECIAL REPORT AFFIDAVIT**

**THE        PLAINTIFF**

**AFFIDAVIT STATEMENT OF PLAINTIFF**


(A). THE PLAINTIFF STATES ALL DEFENDANTS (AFFIDAVITS) ARE MADE

    IN BAD FAITH UNDER FCRP 56(g) SEE DEFENDANTS EXHIBITS

    A-H
SEE ATTACHED)

          DEFENDANTS HISAY TESTIMONY
           UNDER PERJURY AND OATH
            BY AN NOTARY PUBLIC
          OFFICIAL SEAL AND SIGNED

(B). EACH DEFENDANT ON THE EXHIBIT FACES (A,B,C,E,F,G,H) GAVE
    HISAY TESTIMONY UNDER PERJURY AND  UNDER AN ALABAMA STATE
    NOTARY PUBLIC OFFICIAL SEAL AND SIGNED PURSUANT FCRP (56 g)
   (SEE ATTACHED)

          DEFENDANT ROOSEVELT LEWIS
        AFFIDAVIT MADE IN BAD FAITH

(C). THE Plaintiff Deny Been  (**INSUBORDINATION)**  to Officer
    Roosevelt Lewis on about DEC/1st/2005 when the plaintiff
    made these statements and allegations out loudly to him
    self verbrally  EXPRESSING HIS RIGHTS TO A 1st 14th CIVIL
    RIGHTS CONSTITUTIONAL AMENDMENT OF CITIZENS IN THESE U.S.

    SEE ATTACHED DEFENDANT EXHIBIT(D)


(1)

Plaintiff STATEMENT ON EXHIBIT (B-1)
### SEE ATTACHED  FACTS

(D). THE PLAINTIFF NEVER STATED DEC/1/2005 NO NAME WHO
HE WAS SPEAKING TO    SEE EXHIBIT (B-1_ ATTACHED

### A.D.O.C AGENCY

(E). THE PLAINTIFF   NEVER STATED(FUCK THIS SHIT (ADOC.)
I,am tired of waiting ( SEE ATTACHED EXHIBIT B-1)

### ADOC OFFICER ROOSEVELT LEWIS

(F). THE PLAINTIFF NEVER STATED TO OFFICER ROOSEVELT LEWIS
TO HIS(FACE)FUCK THIS SHIT I,AM TIRED OF WAITING
(SEE ATTACHED B-1)

### AFFIDAVIT MADE IN BAD FAITH

(G). DEFENDANT ROOSEVELT LEWIS AFFIDAVIT EXHIBIT(D) IS MADE IN BAD
FAITH UNDER FCRP 56(g)  SEE ALLEGATIONS MADE IN THIS
AFFIDAVIT ON IT FACE FROM (A-G)

### AFFIDAVIT OF PLAINTIFF

Before me,the undersigned authority, a Notary Public in and said
County and State of Alabama at Large, personally appeared
Inmate GEORGE PARKER AIS# 140922 , who being known to me and
being by me first duly sworn, deposes and says on oath as
follows:

My name is George Parker. I,am presently at STATON CORRECTIONAL
CENTER  P.O. BOX 56 ELMORE ALABAMA 36025

I,am over the age 21 and can stand trial and alleges facts
under FCRP 56(e)

_George Parker_

GEOGRGE PARKER # 140922
Tel# 334-567-2221
P.O. BOX 56
ELMORE ALABAMA 36025

**NOTARY PUBLIC**
**STATE OF ALABAMA**

SWORN AND SUBSCRIBED BEFORE ME THIS DAY _11th_ SEPT_  2006

Notary_____

TEL# 334-567-2221

COMMISSION EXPIRES: _1-22-08_

EXHIBIT B-1

C O P Y

SCF-05-1230

D3-002

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1.  Inmate: **George Parker**          Custody: **Medium**          AIS: **B/140922**

2.  Facility: **STATON CORRECTIONAL FACILITY**

3.  The above named inmate is being charged by **Officer Roosevelt Lewis** with violation of rule number **57** specifically **Insubordination** from regulation # **403** which occurred on or about **December 1, 2005** at (time) **10:50** (am ), Location: **Staton Health Care Unit Holding Cage** . A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: **On December 1, 2005, , at Staton Correctional Facility, Officer Roosevelt Lewis was assigned as Staton Health Care Unit Officer.  At approximately 10:50 a.m., Officer Lewis ordered Inmate George Parker B/140922 to keep down the noise while inside the holding cage.  Inmate Parker stated to Officer Lewis, "Fuck this shit.  I'm tired of waiting to be seen.  You can write it up.  I don't give a fuck." Inmate Parker's statements were disrespectful to Lawful Authority.  Therefore, Inmate Parker is in violation of Rule-V#57, Insubordination.**

| | |
|---|---|
| **December 1, 2005** | **Officer Roosevelt Lewis, COI** |
| Date | Arresting Officer / Signature / Rank |

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 1st day of December , 2005, at (time) 3:08 (am/pm)

Serving Officer / Signature / Rank          Refused to sign    Inmate's Signature / AIS Number

6.  Witnesses desired?    (NO)  _George Parker_          YES _____
          Inmate's Signature          Inmate's Signature

7.  If yes, list; _____

8.  Hearing Date December 3, 2005    Time 8:00 A.M.    Place Shift Commander Office .

9.  Inmate must be present in Hearing Room.  If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is/ is not) capable of representing himself.
          Signature / Hearing Officer

11. Plea: _____ Not Guilty _George Parker_  (Guilty)

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
          Signature / Hearing Officer

**B-2**

13.  Arresting Officer's testimony (at the hearing):    On December 1, 2005, at Staton Correctional Facility,

Officer Roosevelt Lewis was assigned as Staton Health Care Unit Officer. At approximately 10:50 AM,

Officer Lewis ordered Inmate George Parker, B/140922, to keep down the noise while inside the holding cage.

Inmate Parker stated to Officer Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck."

Inmate Parker's statements were disrespectful to lawful authority.

14.  Inmate's Testimony:    Inmate George Parker, B/140922, pled guilty to the listed disciplinary

charge of Rule Violation #57 / Insubordination.

Witness:    None submitted                Substance of Testimony:    .

Witness:    None submitted                Substance of Testimony:

Witness:    None submitted                Substance of Testimony:

15.  The inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

_Signature / Hearing Officer_

16.  The following witnesses were not called  -  Reason not called

1.  N/A

2.  N/A

3.  N/A

# Exhibit B-3

17.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)

The Hearing Officer finds that:    On December 1, 2005, at approximately 10:50 AM, at Staton Correctional Facility, Inmate George Parker, B/140922, did state to Officer Roosevelt Lewis, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Inmate Parker's remarks obviously reflected disrespect to Officer Lewis' lawful authority. This type of behavior will not be condoned nor tolerated at Staton Correctional Facility. Therefore, the hearing officer finds Inmate Parker guilty of Rule Violation #57/Insubordination.

18.  Basis for Finding of Fact:    This finding is based on the testimony of Officer Roosevelt Lewis, the arresting officer, who stated, under oath, that Inmate George Parker, B/140922, was insubordinate by stating, "Fuck this shit. I'm tired of waiting to be seen. You can write it up. I don't give a fuck." Inmate Parker's remarks were disrespectful to Officer Lewis' lawful authority. The hearing officer accepts Inmate Parker's guilty plea.

19.  Hearing Officer's Decision:    __X__ Guilty    _____ Not Guilty

20.  Recommendation of Hearing Officer:    Loss of (90) days canteen and visitation.

_____

Signature / Hearing Officer

Gwendolyn Givens, COII
Typed Name and Title

21.  Warden's Action – Date    12/6/05

Approved

Disapproved

Other (specify) _____

22.  Reason if more then 30 calendar days delay in action. _____

23.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the __8__ day of DECEMBER, 20__05__, at (time) 5:23 (am / pm)

Signature / Serving Officer / Title

Inmate's Signature and AIS Number

A.  Have a condensed version of all pertinent testimony typed on Form 225B using additional pages if necessary.

B.  Complete all spaces on Form 225B or put [N/A] (Not Applicable) in those appropriate spaces.

C.  Complete, in the appropriate space, specifically the findings of fact made by the Hearing Officer.

D.  Complete, in the appropriate space, specifically the basis for the findings of fact.

E.  Obtain all necessary signatures on the Disciplinary Report Form 225B.

F.  The Warden or his/her designee will approve or disapprove the findings and/or recommendations within ten (10) working days after hearing. The Warden may not disapprove a finding of "not guilty". If the Warden disapproves of the recommended punishment, he/she may order the punishment to be reduced.

G.  A completed signed copy of the disciplinary report will be served on the inmate as soon as possible without undue delay after the Warden's determination, and all approved punishments will begin at this time or at the time the inmate is placed in the segregation cell to begin serving disciplinary segregation. If the Warden determines that a security threat will exist by a delay in the imposition of punishment, he/she may order such punishment to begin at any time after the hearing is conducted.

H.  If the Warden approves the recommendation of the Hearing Officer, or a lesser punishment, he/she will:

1.  At units with computer terminal input capability: Coordinate with and forward or issue his/her comments and supporting documents to the institutional Social Service Coordinator. The Coordinator will insure the terminal operator takes the required action to effect the loss of good time in accordance with the Computer Terminal Operator's Manual, and implement classification procedures or other considerations. Institutional Social Services will forward/issue the completed and signed disciplinary report to the following:

   a.  One copy to the Board of Pardons and Parole.

   b.  One copy to the Director of Investigations and Intelligence in all cases where there has been a violation of Federal or State law.

   c.  Original to the Director of Central Records, stamped as "Entered" at the terminal, initialed by the operator, and dated on the date of entry.

   d.  One copy retained in the inmate's institutional file.

AR 403 January 30, 2003



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *George Parker*          Date of Request: *9-11-06*
ID # *140922*               Date of Birth: *2-29-81* Location: *D3-2B*
Nature of problem or request: *I am requesting to see the*
*Doctor because I am going through mental stress*
*and Emotional Distress And this is the 3rd time*
*I have put a request in to see the doctor*
                    *George Parker*
                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PLAINTIFF**

**EXHIBIT#(B)**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *George Parker*                     Date of Request: *9-10-06*

ID # *140922*            Date of Birth: *ERC-D*  Location: *D3-2B*

Nature of problem or request: *I am sick with emotinal Distress,
and mental Distress, and physcal distress. I am
worrying about my Lawsuits I have*

*George Parker*
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  **(V/S):** **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PLAINTIFF          EXHIBIT#(C)**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *George Parker* _____ Date of Request: *9-3-06*
ID # *140960* _____ Date of Birth: *2-28-81* Location: *D3-7B*
Nature of problem or request: *I am requesting to see the*
*Doctor because I am having a hold lots are*
*Emotinal Distress, mental Distress, Physical Distress*
*I am worrying about my family, I can't see them*
                                        *George Parker*
                                            *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )     No ( )
                    Was MD/PA on call notified:    Yes ( )     No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _George Parker_          Date of Request: _9-1-06_

ID # _110922_          Date of Birth: _2-27-61_ Location: _D3-28_

Nature of problem or request: _I am sick with Emotinal_
_Distress, Mental Distress, and physical Distress_
_I am ~~also~~ worrying about I can't see my_
_Family_

_George Parker_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S):  T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PLAINTIFF EXHIBIT # (E)

```
                      ALABAMA DEPARTMENT OF CORRECTIONS           INST:   070
CBR716-3              INMATE SUMMARY AS OF 08/23/2006             CODE: CORVK
```

****************************************************************************

AIS: 00140922B   INMATE: PARKER, GEORGE STEVE          RACE: B  SEX: M

INST: 070 - STATON CORRECTIONAL CENTER      DORM:  00   JAIL CR: 000Y 06M 02D

DOB: 02/28/1961  SSN: 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                 PREVIOUS AIS: P0093839

ALIAS: "LITTLE SPECK",              ALIAS: "TOO PIE",

ALIAS: PARKER, GEORGE               ALIAS: PARKER, GEORGE S

ADM DT: 03/26/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF     STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MED-9   CURRENT CUST DT: 05/14/2004  PAROLE REVIEW DATE: JAN 2012

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   03/26/2004
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

```
COUNTY      SENT DT  CASE NO  CRIME                   JL-CR      TERM
DALLAS      03/26/04 V03000294 ASSAULT II             0182D 025Y 00M 00D CS
            COURT COSTS  : $0000296   FINES : $0000000  RESTITUTION : $0000100

TOTAL TERM     MIN REL DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
025Y 00M 00D   09/23/2028    000Y 00M 00D     000Y 00M 00D     09/23/2028
```

INMATE LITERAL:
****************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM AODC SINCE OBSCIS RECORDING 6
****************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 08/14/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR              AT INST: 070    RULE NUMBER: 56
    RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF 00

 >> DISCIPLINE: 02/24/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR              AT INST: 070    RULE NUMBER: 64
    RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: POSSESSION OF CONTRABAND

CONTINUED ON NEXT PAGE

```
                              ALABAMA DEPARTMENT OF CORRECTIONS            INST:    070
C8R716-3                      INMATE SUMMARY AS OF 08/23/2006              CODE: CORVK
```

```
*********************************   CONTINUATION   *********************************

AIS: 00140922B   INMATE: PARKER, GEORGE STEVE              RACE: B   SEX: M

***********************************************************************************
```

DISCIPLINARY/CITATION SUMMARY

```
  >> DISCIPLINE: 02/24/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                     AT INST: 070    RULE NUMBER: 64
     RETAINED DAYS: 0000    SEQ #: 03   RULE LIT: POSSESSION OF CONTRABAND

  >> DISCIPLINE: 12/06/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                     AT INST: 070    RULE NUMBER: 57
     RETAINED DAYS: 0000    SEQ #: 02   RULE LIT: INSUBORDINATION

     >> CITATION: 05/03/2005                       CUST FROM MED9 TO MED9
        CITATION TYPE: BEHAVIOR CITATION       AT INST: 037    RULE NUMBER: 85
        RETAINED DAYS: 0000    SEQ #: 01   RULE LIT: VIOLATION OF INSTIT. RULES OR REG
```



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, 140927,            )
                                  )
        Plaintiff,                )
                                  )
    v.                            )    CIVIL ACTION NO. 2:06-cv-649-WHA
                                  )
GWENDOLYN GIVENS, et al.,         )
                                  )
        Defendants.               )

## A F F I D A V I T

**State of Alabama**    :

**Elmore County**       :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Levan Thomas, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Levan Thomas. I am presently employed as a Correctional Warden II with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate George Parker and this is my response to his complaint.

In this civil action, Inmate Parker was given a disciplinary for Violation of Rule #57 – Insubordination by Officer Roosevelt Lewis. Inmate Parker alleges excessive force was used to stop Inmate Parker from talking to himself while waiting to see the doctor.

**EXHIBIT** _A_

Inmate Parker alleges been written up for talking. Inmate Parker was written a disciplinary by Officer Roosevelt Lewis for the choice of words being used when he was talking. Inmate Parker was charged with 'Insubordination' to which, at the disciplinary hearing, Inmate Parker pled guilty to the charge.

Warden Thomas verbally reprimanded Inmate Parker concerning Inmate Parker negative behavior and advised Sgt. Sharon Rogers to have Inmate Parker placed in Staton's Holding Tank, pending disciplinary action for Rule Violation #57- Insuborniation.

To my knowledge, the above- related facts are the entirety of my involvement with Inmate George Parker concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Parker.

LEVAN THOMAS

SWORN TO and SUBSCRIBED before me this ___14___ day of August 2006.

NOTARY PUBLIC

12/06/2008
My Commission Expires:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, #140922          )
                                )
            Plaintiff,          )
                                )
        v.                      )    CIVIL ACTION NO.2:06-CV-649-WHA
                                )
GWENDOLYN GIVENS, et. al.,      )
                                )
            Defendants.         )

## A F F I D A V I T

**State of Alabama**    :

**Elmore County**       :

Before me, the undersigned authority, a Notary Public in and for said County and

State of Alabama at Large, personally appeared Sharon Rogers, who being known to me

and being by me first duly sworn, deposes and says on oath as follows:

My name is Sharon Rogers. I am presently employed as a Correctional Officer II

with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box

56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal

knowledge of the facts set forth below.

I have reviewed the complaint of Inmate George Parker and this is my response to

his complaint.

In this civil action, Inmate Parker was given a disciplinary for violation of Rule

#57-Insubordination by Officer Roosevelt Lewis. Inmate Parker alleges excessive force

was used to stop Inmate Parker from talking to himself while waiting to see the doctor.

**EXHIBIT** B

Inmate Parker alleges Sgt. Rogers conspired with Warden Thomas to lock Inmate Parker up for being insubordinate to Officer Lewis. Inmate Parker alleges that Sgt. Rogers wrote the disciplinary for Officer Roosevelt Lewis. Screening disciplinary reports are a task that the Supervisors are given as one of their duties.

To my knowledge, the above- related facts are the entirety of my involvement with Inmate George Parker concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Parker.


SHARON ROGERS

SWORN TO and SUBSCRIBED before me this _14_ day of August 2006.


NOTARY PUBLIC


_12/06/2008_
My Commission Expires:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, #140922     )
                                   )
        Plaintiff,           )
                                   )
     v.                   )  CIVIL ACTION NO.2:06-CV-649-WHA
                                   )
GWENDOLYN GIVENS, et. al.,    )
                                   )
        Defendants.       )

## AFFIDAVIT

**State of Alabama**    :

**Elmore County**      :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Roosevelt Lewis, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Gwendolyn Givens. I am presently employed as a Correctional Officer II with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate George Parker and this is my response to his complaint.

In this civil action, Inmate Parker received a disciplinary for violation of rule #57-Insubordination by Officer Roosevelt Lewis. Sergeant Gwendolyn Givens was the Hearing Officer for the disciplinary. Inmate George Parker's plea at the Disciplinary Hearing was 'Guilty' to the charge of rule violation #57- Insubordination.

**EXHIBIT** C

To my knowledge, the above-related facts are the entirety of my involvement with

Inmate George Parker concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Parker.


GWENDOLYN GIVENS

SWORN TO and SUBSCRIBED before me this __14__ day of August 2006.


NOTARY PUBLIC

__12/06/2008__
My Commission Expires:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, #140922            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )   CIVIL ACTION NO.2:06-CV-649-WHA
                                 )
GWENDOLYN GIVENS, et. al.,       )
                                 )
            Defendants.          )

## A F F I D A V I T

**State of Alabama**    :

**Elmore County**       :

Before me, the undersigned authority, a Notary Public in and for said County and

State of Alabama at Large, personally appeared Roosevelt Lewis, who being known to

me and being by me first duly sworn, deposes and says on oath as follows:

My name is Roosevelt Lewis. I am presently employed as a Correctional Officer

I with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box

56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal

knowledge of the facts set forth below.

I have reviewed the complaint of Inmate George Parker and this is my response to

his complaint.

In this civil action, Inmate Parker was written a disciplinary by Officer Roosevelt

Lewis for rule violation #57 – Insubordination. Officer Roosevelt Lewis was the Officer

assigned to work in the Health Care Unit on the day Inmate Parker alleges the incident

occurred.

**EXHIBIT** D

To my knowledge, the above-related facts are the entirety of my involvement with

Inmate George Parker concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Parker.

ROOSEVELT LEWIS

SWORN TO and SUBSCRIBED before me this _14_ day of August 2006.

NOTARY PUBLIC

12/06/2008

My Commission Expires:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, #140922            )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   CIVIL ACTION NO.2:06-CV-649-WHA
                                  )
GWENDOLYN GIVENS, et. al.,        )
                                  )
        Defendants.               )

## A F F I D A V I T

**State of Alabama**    :

**Elmore County**       :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Relford Kendrick, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Relford Kendrick. I am presently employed as a Correctional Officer I with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate George Parker and this is my response to his complaint.

In this civil action, Inmate Parker received a disciplinary for violation of rule #57- Insubordination by Officer Roosevelt Lewis. Officer Kendrick was tasked with doing the CELL BLOCK INSPECTION SHEET on the Unit Inmate Parker was being

**EXHIBIT** E

placed in  after being verbally reprimanded by Warden Thomas concerning Inmate Parker

negative behavior.

To my knowledge, the above-related facts are the entirety of my involvement with

Inmate George Parker concerning the allegations.

I deny that I have violated any well-established civil rights of Inmate Parker.

RELFORD KENDRICK

SWORN TO and SUBSCRIBED before me this _14_ day of August 2006.

NOTARY PUBLIC

12/06/2008

My Commission Expires:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, #140922           )
                                 )
            Plaintiff,           )
                                 )
       v.                        )  CIVIL ACTION NO.2:06-CV-649-WHA
                                 )
GWENDOLYN GIVENS, et. al.,       )
                                 )
            Defendants.          )

## A F F I D A V I T

**State of Alabama**      :

**Elmore County**      :

Before me, the undersigned authority, a Notary Public in and for said County and

State of Alabama at Large, personally appeared Grayling Davis, who being known to me

and being by me first duly sworn, deposes and says on oath as follows:

My name is Grayling Davis.  I am presently employed as a Correctional Officer I

with the Alabama  Department of Corrections at Staton Correctional Facility, P.O. Box

56, Elmore, Alabama 36025.  I am over twenty-one years of age and have personal

knowledge of the facts set forth below.

I have reviewed the complaint of Inmate George Parker and this is my response to

his complaint.

In this civil action, Inmate parker received a disciplinary for violation of rule #57-

Insubordination by Officer Roosevelt Lewis.  Officer G. Davis was tasked with  serving

the INMATE DETENTION  NOTIFICATION and the ALABAMA DEPARTMENT OF

CORRECTIONS DISCIPLINARY REPORT  on Inmate Parker after Inmate Parker

**EXHIBIT  F**

was placed in the single cell.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate George parker concerning the allegations.

I deny that I have violated any well-established civil rights of Inmate Parker.

GRAYLING DAVIS

SWORN TO and SUBSCRIBED before me this _14_ day of August 2006.

NOTARY PUBLIC

12/06/2008
My Commission Expires:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v.. | ) CIVIL ACTION NO.2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et.al., | ) |
| | ) |
| Defendants | ) |

**A F F I D A V I T**

**State of Alabama**    :

**Elmore County**    :

Before me, the undersigned authority, a Notary Public in and for said County and

State of Alabama at Large, personally appeared Annie Latimore, who being known to me

and being by me first duly sworn, deposes and says on oath as follows:

My name is Annie Latimore. I hereby certify and affirm that I am the Alternate

Custodian of Records at Staton Correctional Facility, P. O. Box 56, Elmore, Alabama

36025. I am over twenty-one years of age and am competent to testify to the matters

stated herein.

The attached *State of Alabama, Department of Corrections Institutional*

*Incident Report* number SCF-05-1230 consisting of five pages, and *Alabama*

*Department of Corrections Disciplinary Reports* number SCF-05-1230 consisting of

three pages and one page respective are true, and exact and correct photocopies of

documents maintained here in the institutional files.

**EXHIBIT** H

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said documents and entries therein were made reasonably near the time that such acts, events and transactions referred to therein are said to have occurred.


_Annie Latimore_
ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this _____ day of August  2006.


_Vadian Venidia Villenguel_
NOTARY PUBLIC


04/04/10
My Commission Expires: