IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the document filed with this court on October 18, 2006 (Court Doc. No. 22), the plaintiff requests that this court provide counsel for the defendants with a copy of his response to the defendants' special report. The court therefore construes this document as a motion for service of response. Upon consideration of the motion for service of response, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that it is *his responsibility* to provide counsel for the defendants with copies of all documents filed in this case and/or presented to the court. The plaintiff is further advised that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. **Thus, if the plaintiff seeks to obtain photocopies of documents, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that he may

utilize any means available to him to produce the requisite copies, including but not limited to, handwritten copies of the those materials he seeks to submit to this court.

DONE this 24th day of October, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE