```
         IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
                                    )
GEORGE PARKER, #140922,             )
                                    )
     PLAINTIFF,                     )
                                    )
vs.                                 ) CIVIL ACTION NO.
                                    ) 2:06-CV-649-WHA
                                    )
GWENDOLYN GIVENS, et. al.,          )
                                    )
     DEFENDANTS.                    )
```

**MOTION FOR STATUS**

Comes Now, the Plaintiff, George Parker, (Hereinafter "Parker"), in the above-styled cause and moves this Honorable Court for the status of his Civil Rights Complaint. In support thereof the following is shown unto the Court:

1. On or about July 20, 2006, Parker filed his civil rights complaint and thereafter was granted in forma pauperis status.

2. Parker requests that this Honorable Court let him know the status of his civil rights complaint.

**WHEREFORE, PREMISES CONSIDERED,** Parker prays that this Honorable Court will grant this motion for status.

                                        Respectfully submitted,

                                        */s/ George Parker*
                                        George Parker, Pro Se

RECEIVED 2007 MAR 28 A 9:55
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CERTIFICATE OF SERVICE

I, George Parker, do hereby certify that a true copy of the foregoing *motion for status* has been served on the Respondents, by placing same in the prison mailbox at Staton Correctional Facility for US mailing postage prepaid and properly addressed on: 3/26/07

        Clerk of Court
        United States District Court
        Middle District of Alabama
        P.O. Box 711
        Montgomery, AL. 36101-0711

        Honorable Tara S. Knee
        Alabama Department of Corrections
        P.O. Box 301501
        Montgomery, AL. 36130

        */s/ George Parker*
        George Parker, Pro Se
        #140922-F1-5A
        P.O. Box 56
        Elmore, AL. 36025-0056



George Parker
#140922-F1-5A
P.O. Box 56
Elmore, AL. 36025-0056

9577

Clerk of Court
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36101-0711

Legal mail