IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140922, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-649-WHA |
| | ) |
| GWENDOLYN GIVENS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the motion for status filed by the plaintiff on March 28, 2007 (Court Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case is pending before the court on his complaint, the written report and supporting evidentiary materials filed by the defendants, and his response in opposition to the defendants' report. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will be advised of any action taken by the court in this case.

Done this 28th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE