IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER #140922

Plaintiff,

v.

GWENDOLYN GIVENS, et al.

Defendants,

CASE NO. 2:06-CV-649-WHA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Levan Thomas, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/17/2007
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Thomas, Givens, Rogers, Lewis, Kendrick, and Davis

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER #140922          )
                               )
         Plaintiff,            )
                               )
v.                             )   CASE NO. 2:06-CV-649-WHA
                               )
GWENDOLYN GIVENS, et al.       )
                               )
         Defendants,           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gwendolyn Givens, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


12/17/2007                           /s/ Tara S. Knee
Date                                 (Signature)

                                     Tara S. Knee
                                     (Counsel's Name)

                                     Thomas, Givens, Rogers, Lewis, Kendrick, and Davis

                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     Montgomery, AL 36130
                                     Address, City, State Zip Code
                                     334-353-3881
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER #140922,

　　　　Plaintiff,

v.   CASE NO. 2:06-CV-649-WHA

GWENDOLYN GIVENS, et al.,

　　　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sharon Rogers, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/17/2007
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Thomas, Givens, Rogers, Lewis, Kendrick, and Davis
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER #140922

  Plaintiff,

v.                                            CASE NO. 2:06-CV-649-WHA

GWENDOLYN GIVENS, et al.

  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Roosevelt Lewis, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                      Relationship to Party

_____                _____
_____                _____
_____                _____


12/17/2007                             /s/ Tara S. Knee
Date                                   (Signature)

                                       Tara S. Knee
                                       (Counsel's Name)

                                       Thomas, Givens, Rogers, Lewis, Kendrick, and Davis
                                       Counsel for (print names of all parties)
                                       P.O. Box 301501
                                       Montgomery, AL 36130
                                       Address, City, State Zip Code
                                       334-353-3881
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER #140922

　　　　Plaintiff,

v.                                               CASE NO. 2:06-CV-649-WHA

GWENDOLYN GIVENS, et al.

　　　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Relford Kendrick, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　　Relationship to Party

12/17/2007　　　　　　　　　　　/s/ Tara S. Knee
Date　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　Tara S. Knee
　　　　　　　　　　　　　　　　(Counsel's Name)

　　　　　　　　　　　　　　　　Thomas, Givens, Rogers, Lewis, Kendrick, and Davis
　　　　　　　　　　　　　　　　Counsel for (print names of all parties)
　　　　　　　　　　　　　　　　P.O. Box 301501
　　　　　　　　　　　　　　　　Montgomery, AL 36130
　　　　　　　　　　　　　　　　Address, City, State Zip Code
　　　　　　　　　　　　　　　　334-353-3881
　　　　　　　　　　　　　　　　Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

GEORGE PARKER #140922           )
                                ,)
                                 )
         Plaintiff,              )
                                 )
v.                               )   CASE NO. 2:06-CV-649-WHA
                                 )
GWENDOLYN GIVENS, et al.         )
                                ,)
                                 )
         Defendants,             )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Grayling Davis</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                <u>Relationship to Party</u>


12/17/2007                         /s/ Tara S. Knee
Date                               (Signature)

                                   Tara S. Knee
                                   (Counsel's Name)

                                   Thomas, Givens, Rogers, Lewis, Kendrick, and Davis

                                   Counsel for (print names of all parties)
                                   P.O. Box 301501
                                   Montgomery, AL 36130
                                   Address, City, State Zip Code
                                   334-353-3881
                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of December 20 07, to:

Inmate George Parker

AIS # 140922

Staton Correctional Facility

P.O. Box 56

Elmore, AL 36025


12/17/2007
Date

/s/ Tara S. Knee
Signature