IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE PARKER, # 140 922 )
PLAINTIFF, )
)
Vs. ) CIVIL ACTION NO: 2: 06-CV-649-WHA
)
GWENDOLYN GIVENS, et. al., )
DEFENDANT(S). )
)

**REQUEST FOR STATUS**

Comes Now, the Plaintiff, George Parke, (Hereinafter "Parker") in the above-styled cause and moves this Honorable Court for the status of his Civil Rights Complaint. In support thereof the following is shown unto the Court:

1. On or about July 20, 2006, Parker filed his civil rights complaint and thereafter was granted in forma pauperis status.

2. Parker then requested the status of the aforesaid civil rights complaint that was then granted by this court on the 28th., day of March 2007.

3. Parker now request this Honorable Court to Grant him the status of his civil rights complaint at this time.

Wherefore Premises Considered, Parker prays that this Honorable Court will grant this motion for status.

Respectfully Submitted,

_George Parker_
George Parker, pro-se

## CERTIFICATE OF SERVICE

I, George Parker, do hereby certify that a true and correct copy of the foregoing *motion for status* has been served on the Respondents Counsel, by placing same in the prison mailbox at Staton Correctional Facility for US Mailing postage prepaid and properly addressed on : __16th, July 2008__ .


Clerk of Court
United States District Court
Middle District of Alabama
P. O. Box #711
Montgomery, AL 36101-0711

Honorable Tara S. Knee
Alabama Department of Corrections
P. O. Box # 301501
Montgomery, AL 36130


Submitted By

*George Parker*
George Parker, pro-se
#140922/F1-5A
P. O. Box # 56
Elmore, Al 36025-0056

George Parker, #140922/F1-5A
P. O. Box # 56
Elmore, Al 36025-0056

9577

State of Alabama
Central Mail Ops
#4

Clerk of Court
United States District Court
Middle District of Alabama
P. O. Box #711
Montgomery, AL 36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004236875    JUL 17 2008
$ 00.42⁰
MAILED FROM ZIP CODE 36104

LEGAL MAIL

36101+0711-11 B007