IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PARKER, #140 922, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv649-WHA |
| ) | (WO) |
| GWENDOLYN GIVENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #32) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #32) of the Magistrate Judge is ADOPTED. Defendants' Motion for Summary Judgment (Doc. #12) is GRANTED for the reasons stated in the Magistrate Judge's Recommendation. Plaintiff's complaint pursuant to 42 U.S.C. § 1983 is DISMISSED with prejudice. An appropriate judgment will be entered.

DONE this 27th day April, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE